Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT

for the

District of _____

Division

2026 JAN 16 PM 3: 20

CLERK. US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ CR
          DEPUTY

BRUCE MᶜMEANS &
OTHER UNEMPLOYED
TEXAN CITIZENS
_____
                 *Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

GREG ABBOTT / TWC
TEXAS WORKFORCE COMMISSION

_____
                 *Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26 CV00122 ADA
        *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | BRUCE MᶜMEANS |
| Street Address | <HOMELESS> 304 E. 7TH ST. |
| City and County | AUSTIN, TX. U.S.A |
| State and Zip Code | TEXAS, 78701 |
| Telephone Number | 903-574-5669 |
| E-mail Address | bmax69@HOTMAIL.Com |

1) GOVERN. GREG Abbott

2) T.W.C. COMMISSIONER'S

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | JOE ESPARZA |
| Job or Title (if known) | CHAIRMAN, WORKFORCE COMMISSIONER |
| Street Address | |
| City and County | AUSTIN          U.S.A. |
| State and Zip Code | TEXAS  78701 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | ALBERT TREVINO |
| Job or Title (if known) | COMMISSIONER "LABOR" |
| Street Address | |
| City and County | AUSTIN          U.S.A. |
| State and Zip Code | TEXAS    78701 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | BRENT CONNETT |
| Job or Title (if known) | COMMISSIONER "PUBLIC" |
| Street Address | |
| City and County | AUSTIN          U.S.A. |
| State and Zip Code | TEXAS    78701 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | BRYAN DANIEL |
| Job or Title (if known) | |
| Street Address | AUSTIN     U.S.A. |
| City and County | |
| State and Zip Code | TEXAS   78701 |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. SOCIAL SECURITY ACT, 1935 (BEGINNING BUT NOT RESTRICTED TO THIS SOLE LAW/ACT.) TITLE III AND IX

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

  a.   If the plaintiff is an individual

  The plaintiff, *(name)* BRUCE McMEANS , is a citizen of the State of *(name)* TEXAS .

  b.   If the plaintiff is a corporation

  The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

  _____ .

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

  a.   If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* GREG ABBOTT , is a citizen of
the State of *(name)* TEXAS . Or is a citizen of
*(foreign nation)* .

b.  If the defendant is a ~~corporation~~ GOVERMENT ENTITY

The defendant, *(name)* TWC COMMISSIONERS is ~~incorporated~~ OPERATED under
the laws of the State of *(name)* TEXAS , and has its
principal place of business in the State of *(name)* TEXAS .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

UNKNOW

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DELAY OF HEARING REVEIW OR ANY ACTION TO A POINT OF EXCESSIVENESS, WITH TO A POINT OF

POSSIBLE BREACH OF AGREEMENTS BETWEEN STATE AND FEDERAL GOVERNMENT, TITLE 3 & 9 SOCIAL SECURITY ACT

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

BEING MADE HOMELESS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_To BE DETERMINED by TEXAS JURY_

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    JAN 16/2026

Signature of Plaintiff    _Bruce Mc Means_

Printed Name of Plaintiff    BRUCE Mc MEANS

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____