## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **BRUCE MCMEANS,** *Plaintiff,* | § § § § | |
| *v.* | § § § | **CASE NO. 1:26-CV-122-ADA-ML** |
| **GREG ABBOTT, Governor; TEXAS WORKFORCE COMMISSION; JOE ESPARZA, Chairman, Workforce Commissioner; ALBERT TREVINO, Labor Commissioner; BRENT CONNETT, Public Commissioner; and BRIAN DANIEL,** *Defendants.* | § § § § § § § § § § | |

### ORDER ADOPTING MAGISTRATE
### <u>JUDGE'S REPORT AND RECOMMENDATION</u>

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 8. Judge Lane recommends that this Court **DISMISS WITH PREJUDICE** Plaintiff's cause of action pursuant to 28 U.S.C. § 1915(e)(2)(B). *Id.* at 4. The report was filed on March 9, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). On March 26, 2026, Plaintiff filed a motion for extension to file objections. Dkt. 11. The Court granted that motion and extended the deadline from March 24, 2026 to April 24, 2026. Despite receiving that extension, neither party has filed objections as of April 29, 2026.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 29th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE